1 | BARRY J. PORTMAN
Federal Public Defender
2 | LARA S. VINNARD
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00511 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| TONY LAM, CHRISTINE VO, | ) | |
| Defendants. | ) | |

Defendants Tony Lam and Christine Vo and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearings for Mr. Lam and Ms. Vo in the above-captioned matter, presently scheduled for Monday, March 15, 2010 at 1:30 p.m., be continued to Monday, May 24, 2010, at 1:30 p.m.   The continuance is requested to allow additional time for completion of the presentence investigation and Presentence Reports for defendants Lam and Vo, including participation in probation interviews.

The parties further request that the deadlines for the preparation of the draft and final Presentence Reports be adjusted according to the new sentencing date.

///

///

Probation Officer Ben Flores has been contacted and joins in the requested continuance.

Dated:  2/26/10  
_____/s/_____  
LARA S. VINNARD  
Attorney for Tony Lam

Dated:  3/2/10  
_____/s/_____  
JAY RORTY  
American Civil Liberties Union  
Attorney for Tony Lam

Dated:  2/26/10  
_____/s/_____  
ROBERT CAREY  
Attorney for Christine Vo

Dated:  2/26/10  
_____/s/_____  
JOHN GLANG  
Assistant United States Attorney

# [PROPOSED] ORDER

The parties have jointly requested a continuance of the sentencing hearing set for Monday, March 15, 2010, allow time for completion of the presentence investigation and Presentence Reports.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date presently set for Monday, March 15, 2010 at 1:30 p.m., be continued to Monday, May 24, 2010, at 1:30 p.m. It is further ORDERED that the deadlines for the preparation of the draft and final Presentence Reports shall be adjusted according to the new sentencing date.

Dated:  March 5, 2010  
_____  
JAMES WARE  
United States District Judge