1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LAM

*DENIED*
*Judge James Ware*
5/20/2010

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,              )   No. CR 09-00511 JW
12 |                                        )
   |            Plaintiff,                  )   **STIPULATION TO CONTINUE**
13 |                                        )   **SENTENCING HEARING; [PROPOSED]**
   | v.                                     )   **ORDER**
14 |                                        )
   | TONY LAM, CHRISTINE VO, et al.,        )
15 |                                        )
   |            Defendants.                 )
16 | _____)

17     Defendants Tony Lam and Christine Vo and the government, through their respective

18  counsel, hereby stipulate that, subject to the court's approval, the sentencing hearings for Mr.

19  Lam and Ms. Vo in the above-captioned matter, presently scheduled for Monday, May 24, 2010

20  at 1:30 p.m., be continued to Monday, September 13, 2010, at 1:30 p.m.   The continuance is

21  requested to allow additional time for completion of the presentence investigation and

22  Presentence Reports for defendants Lam and Vo, including defendant Vo's participation in a

23  probation interview.  Additionally, defense counsel for Mr. Lam is continuing to conduct legal

24  research and investigation pertaining to sentencing.

25  ///

26  ///

The parties further request that the deadlines for the preparation of the draft and final Presentence Reports be adjusted according to the new sentencing date.

Probation Officer Ben Flores joins in the requested continuance.

Dated: 5/16/10                    _____/s/_____
                                  LARA S. VINNARD
                                  Attorney for Tony Lam

Dated: 5/17/10                    _____/s/_____
                                  JAY RORTY
                                  American Civil Liberties Union
                                  Attorney for Tony Lam

Dated: 5/17/10                    _____/s/_____
                                  ROBERT CAREY
                                  Attorney for Christine Vo

Dated: 5/18/10                    _____/s/_____
                                  JOHN GLANG
                                  Assistant United States Attorney

## [~~PROPOSED~~] ORDER

The parties have jointly requested a continuance of the sentencing hearing set for Monday, May 24, 2010, to allow time for completion of the presentence investigation and Presentence Reports, and further investigation by counsel for Mr. Lam.

The request for continuance is DENIED. All parties are requested to appear for the scheduled hearing on **May 24, 2010 at 1:30 PM.**

Dated:   May 20, 2010             _____
                                  JAMES WARE
                                  United States District Judge