IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-09-00511 EJD |
| ) | |
| Plaintiff,       ) | [PROPOSED] ORDER AMENDING |
| ) | PRESENTENCE INVESTIGATION |
| vs.       ) | REPORT |
| ) | |
| TONY THE LAM et al.,       ) | |
| ) | |
| Defendants.       ) | |
| _____) | |

Good cause appearing and upon stipulation of the parties, it is hereby ordered that Defendant Lam's Motion to Amend the Presentence Report is granted. The presentence investigation report in the above-captioned matter shall be amended to substitute the following for Paragraph 57:

> As ordered by the Court, the PSR is amended as follows:
> In the year prior to his arrest, Lam reported that he routinely drank to the point of drunkenness and that he took MDMA tablets regularly throughout each day to maintain a constant high. At the time of his arrest for the instant offense, Lam had 201 MDMA tablets at his home (not counted toward calculation of his advisory Guidelines range), which he told the officers were for his personal use. He also regularly used cocaine and has experimented with marijuana, crack cocaine, methamphetamine, barbituates and ketamine. Lam's family has confirmed that his use of drugs and alcohol was excessive and abusive over at least the past four years prior to his arrest. As detailed above, he has four other arrests relating to possession of drugs and/or public intoxication; all of these resulted in criminal cases, two of which were dismissed after Lam participated in court-ordered AA meetings.

1  It is so ordered.
    The Motion to Amend the Presentence Investigation Report (Docket
2  Item No 159) is TERMINATED AS MOOT. The Motion Hearing set for
    November 5, 2012 is VACATED.
3
    Date: November 2, 2012        HON. EDWARD J. DAVILA
4                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26